**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Strand

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDON STRAND,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08CR2100-L<br><br>JOINT MOTION TO CONTINUE SENTENCING |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Robert R. Henssler, Jr., and Federal Defenders of San Diego, Inc., counsel for Mr. Strand, along with Assistant United States Attorney Charlotte Kaiser, that the sentencing currently set for September 22, 2008 at 8:30 a.m. be continued until January 26, 2009 at 8:30 a.m.

Respectfully submitted,

Dated: July 24, 2008

*/s/ Robert R. Henssler*
**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Strand

Dated: July 24, 2008

*/s/ Charlotte Kaiser*
**CHARLOTTE KAISER**
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Charlotte Kaiser**
U S Attorneys Office Southern District of California
Charlotte.Kaiser@usdoj.gov

Dated: July 24, 2008

*/s/ Robert R. Henssler, Jr.*

**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Strand