UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON STRAND,<br><br>Defendant. | ) | Case No. 08CR2100-L<br><br>ORDER FOR<br>JOINT MOTION TO<br>CONTINUE SENTENCING |

Good cause appearing, **IT IS HEREBY ORDERED** that the sentencing currently set for September 22, 2008, at 8:30 a.m. be continued until January 26, 2009, at 8:30 a.m.

**SO ORDERED.**

DATED: July 25, 2008

M. James Lorenz
United States District Court Judge